UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISABLEITY RIGHTS COUNCIL OF GREATER WASHINGTON** *et al.*, <br>        Plaintiffs, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br>        Defendant. | Civ. A. No. 04-498 (HHK/JMF) |

**ORDER**

In light of the pending settlement negotiations to resolve several discovery disputes, it is, hereby, **ORDERED** that Defendant's Motion to Enlarge Time to Produce Documents [#18] is **GRANTED nunc pro tunc** and Defendant's Motion for Protective Order [#19] is **DENIED without prejudice** to renew it if the issues raised therein are unable to be resolved via settlement.

        **SO ORDERED.**

                                          _____
                                          JOHN M. FACCIOLA
                                          UNITED STATES MAGISTRATE JUDGE

Dated: