# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISABILITY RIGHTS COUNCIL OF GREATER WASHINGTON** *et al.*,<br>    Plaintiffs,<br><br>        v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**,<br>    Defendant. | Civ. A. No. 04-498 (HHK/JMF) |

# ORDER

In light of the pending settlement discussions, it is, hereby, **ORDERED** that all discovery motions, including Logisticare's <u>Motion for Order Apportioning Costs of Subpoena Compliance, and Discovery Status Report</u>, will be held in abeyance for a period of thirty days.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: