A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DISABILITY RIGHTS COUNCIL OF GREATER
WASHINGTON,11 Dupont Circle, NW, Suite 400,
Washington, DC  20036, et al. )

           Plaintiff(s) )

    )

    )

         vs. )

WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY,600 Fifth St., NW Washington, DC 20001 )

    )

         Defendant(s) )

**APPEARANCE**

CASE NUMBER    04 CV00498 (HHK)

To the Clerk of this court and all parties of record:

Please enter the appearance of   M. Evan Corcoran   as counsel in this
                              (Attorney's Name)

case for:   Plaintiffs
                (Name of party or parties)

February 16, 2006
Date

440027
BAR IDENTIFICATION

Signature

M. Evan Corcoran
Print Name

1776 K Street, NW
Address

Washington, DC   20006
City       State       Zip Code

(202) 719-3274
Phone Number