UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISABILITY RIGHTS COUNCIL OF
GREATER WASHINGTON *et al.*,**
        **Plaintiffs,**

        v.

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,**
        **Defendant.**

Civ. A. No. 04-498 (HHK/JMF)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that defendant's Motion Seeking a Determination that Plaintiffs' Objections to Admissions Are Unjustified and Matters Be Admitted [#31] is **DENIED.**

    **SO ORDERED.**

                                    _____
                                    JOHN M. FACCIOLA
                                    UNITED STATES MAGISTRATE JUDGE

Dated: