UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISABILITY RIGHTS COUNCIL OF GREATER WASHINGTON**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**, *et al.*,<br><br>    **Defendants.** | Civ. A. No. 04-498 (HHK/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Defendants' Motion for Leave to File Third Party Complaint [#63] is **DENIED**.

    **SO ORDERED.**

 

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: