**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DISABILITY RIGHTS COUNCIL OF
GREATER WASHINGTON,** *et al.***,**
      **Plaintiffs,**

     **v.**

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,** *et al.***,**
      **Defendants.**

**Civ. A. No. 04-498 (HHK/JMF)**

**ORDER**

This case was referred to me for the resolution of all discovery disputes.  Defendants recently filed Defendants' Motion to Enlarge Time to Produce Documents [#68], which was granted on April 19, 2006.  In opposing that motion, plaintiffs asked the Court for a scheduling conference to establish a discovery plan and schedule for this case. Plaintiffs' Limited Opposition to Defendants' Motion to Enlarge Time to Produce Documents at 6.  In reply, defendants agreed that a conference to establish a discovery plan and schedule would be useful. WMATA's Reply to Plaintiffs' Limited Opposition to Motion to Enlarge Time at 3.

In lieu of a status conference, the parties are, hereby, **ORDERED** to meet and confer to establish a discovery plan and to file with the Court, no later than May 31, 2006, a joint proposed discovery schedule.

      **SO ORDERED.**

                            _____
                            JOHN M. FACCIOLA
                            UNITED STATES MAGISTRATE JUDGE

Dated: