UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISABILITIES RIGHTS COUNCIL OF GREATER WASHINGTON, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CA 04-0498 (HHK)(JMF) ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al, | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO COMPEL**

Having considered Defendants' Motion to Compel Production of Documents, and good cause appearing, IT IS HEREBY ORDERED THAT Plaintiffs shall produce to Defendants forthwith all documents and electronic evidence obtained from LogistiCare.

_____
John M. Facciola
United States Magistrate Judge