UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., <br><br> Defendants. | Civil Action 04-00498  (HHK) |

ORDER

Before the court is the parties' joint motion for approval of the proposed Settlement Agreement of this class action.  In 2004, the Disability Rights Council of Greater Washington[1] and thirteen named plaintiffs brought this action against the Washington Metropolitan Area Transit Authority ("WMATA"), alleging that WMATA's "MetroAccess" service for individuals with disabilities failed to meet the standards required by the Americans with Disabilities Act and the Rehabilitation Act of 1974.  On December 12, 2007, the parties jointly submitted a proposed Settlement Agreement, which the court preliminarily approved on February 8, 2008 [# 180], subject to notice to class members and a Fairness Hearing pursuant Fed. R. Civ. P. 23(e).

The court, having considered the submissions of the class members, the responses of the parties thereto, and the oral comments of three class members at the Fairness Hearing held on May 22, 2008, concludes that it should grant final approval to the proposed Settlement Agreement.

---

[1] During the course of the litigation, the Disability Rights Council merged into the Equal Rights Center, which was substituted as plaintiff.

Accordingly, it is this 2nd day of June 2008, hereby

**ORDERED** that the proposed Settlement Agreement is **APPROVED**. A full explanation of the court's decision is forthcoming.

Henry H. Kennedy, Jr.
United States District Judge